# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-2296

_____

United States of America

*Plaintiff - Appellee*

v.

Alfonso R. Mosley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Western

_____

Submitted: October 3, 2022
Filed: October 6, 2022
[Unpublished]

_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Alfonso R. Mosley appeals after the district court[1] revoked his supervised release for the second time and sentenced him to 7 months in prison, with no

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

additional supervised release to follow. His counsel has moved to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

After reviewing the record under a deferential abuse-of-discretion standard, we conclude the district court did not impose a substantively unreasonable sentence. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). The sentence is below the statutory limits, see 18 U.S.C. § 3583(e)(3), and is presumptively reasonable because it falls within the applicable policy statement range in the United States Sentencing Guidelines Manual, see U.S.S.G. § 7B1.4(a); United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009). The district court sufficiently considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. See 18 U.S.C. § 3583(e); Miller, 557 F.3d at 917; see also United States v. Clayton, 828 F.3d 654, 658 (8th Cir. 2016).

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____